WILLIAM B. GOTTLIEB, Appellant, *v.* ALTON GRAIN COMPANY, Respondent.

*Gottlieb* v. *Alton Grain Co.*, 87 App. Div. 380, affirmed.
(Argued April 17, 1905; decided May 5, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 8, 1903, affirming a judgment in favor of defendant entered upon a verdict directed by the court.

*Arnold Charles Weil* for appellant.

*Hoffman Miller* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

BUEDINGEN MANUFACTURING COMPANY, Respondent, *v.* ROYAL TRUST COMPANY OF CHICAGO, Appellant.

*Buedingen Mfg. Co.* v. *Royal Trust Co.*, 90 App. Div. 267, affirmed.
(Argued April 17, 1905; decided May 5, 1905.)

APPEAL from a judgment, entered January 30, 1904, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling defendant's exceptions ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for plaintiff on the verdict.

*Walter S. Hubbell* for appellant.

*Charles J. Bissell* and *G. V. Fleckenstein* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.